**IT IS ORDERED as set forth below:**



Date: May 22, 2018

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: : | CHAPTER 11 |
| EDWARD ARTHUR BERNARD, : | CASE NO. 17-69482 - PMB |
| DEBTOR. : | |
| DANIEL M. MCDERMOTT, : UNITED STATES TRUSTEE, : | |
| MOVANT, : | |
| v. : | CONTESTED MATTER |
| EDWARD ARTHUR BERNARD, : | |
| RESPONDENT. : | |

**ORDER CONVERTING CASE TO CHAPTER 7**

On March 22, 2018, the United States Trustee filed a Motion to Dismiss or Convert Case (the "Motion") (Doc. No. 31). Counsel for the United States Trustee and counsel for Debtor conferred and agreed to the entry of a consent order resolving the Motion. Pursuant to the terms

- 1 -

of the consent order entered May 2, 2018, Debtor was required to file monthly operating reports for November 2017 through April 2018 on or before May 21, 2018. Failure to file the required monthly operating reports would result in the United States Trustee submitting a declaration to the court setting forth the nature of Debtor's default and a proposed order converting the case.

On May 22, 2018, the United States Trustee filed a declaration stating Debtor failed to file operating reports for December 2017 through April 2018 on or before May 21, 2018. Based on Debtor's default, it is hereby

ORDERED that this case is *converted* to chapter 7, and United States Trustee is directed to appoint a chapter 7 trustee. It is further

ORDERED that -

1. Debtor shall, forthwith, turn over to the chapter 7 trustee all records and property of the estate in his possession or control and shall immediately turnover any other property of the estate which hereinafter comes into his possession or control during the pendency of this case; and

2. Debtor shall cooperate and assist the chapter 7 trustee in identifying, assembling, and collecting property of the estate and shall provide the trustee with all documents pertaining to assets of the estate as the trustee requests; and

3. not later than 14 days after entry of this Order, Debtor shall file schedules of unpaid debts incurred after the filing of the petition and before conversion of the case, including the name and address of each holder of a claim and serve a copy of the schedules on the trustee and the United States Trustee; and

4. not later than 28 days after entry of this Order, Debtor shall file and transmit to the trustee and the United States Trustee a final report and account regarding the status and disposition of all assets of the estate, including proceeds of assets of the estate; and

5. not later than 28 days after entry of this Order, Debtor shall file and transmit to the United States Trustee monthly operating reports for each month or period through the date of conversion for which the reports have not already been filed; and

6. not later than 28 days after entry of this Order, all professionals employed by Debtor shall file an application for final approval of fees and expenses incurred in or in connection with administration of the case under chapter 11 or, alternatively, turn over to the appointed chapter 7 trustee any and all retainers, monies, or other remuneration received from Debtor from prior to or after the filing of the petition for services rendered in or in connection with the chapter 11 case.

[END OF DOCUMENT]

Prepared and presented by:

*/s/*

Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4437
lindsay.p.kolba@usdoj.gov

**DISTRIBUTION LIST**

MAILING MATRIX

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 17-69482-pmb<br>Northern District of Georgia<br>Atlanta<br>Tue May 22 10:57:27 EDT 2018 | Aldridge Pite LLP<br>15 Piedmont Center, Ste 500<br>3575 Piedmont Road NE<br>Atlanta, GA 30305-1636 | Edward Arthur Bernard<br>235 Inwood Terrace<br>Roswell, GA 30075-6869 |
| Blessed Trinity High School<br>11320 Woodstock Road<br>Roswell, GA 30075-2548 | Lisa F. Caplan<br>Rubin Lublin, LLC<br>Suite 100<br>3145 Avalon Ridge Place<br>Peachtree Corners, GA 30071-1570 | Bret J. Chaness<br>Rubin Lublin, LLC<br>Suite 100<br>3145 Avalon Ridge Place<br>Peachtree Corners, GA 30071-1570 |
| Ditech Financial LLC<br>2100 E. Elliot Road, Building<br>Tempe, AZ 85284-1806 | First Financial Investment<br>3091 Governors Lake Drive<br>Suite 500<br>Norcross, GA 30071-1135 | Florida Dept. of Education<br>325 West Gains St<br>Suite 1514<br>Tallahassee, FL 32399-0400 |
| Fulton County Tax<br>141 Pryor Street<br>Atlanta, GA 30303-3444 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | IRS<br>801 BROADWAY M/S MDP 146<br>NASHVILLE, TN 37203 |
| IRS<br>PO Box 7346<br>Philadelphia, Pa 19101-7346 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Lindsay P. S. Kolba<br>Office of the U.S. Trustee<br>Suite 362<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303-3330 | LVNV Funding, LLC its successors and assigns<br>assignee of Chase Bank USA, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lakeside at Ansley Comm Assoc<br>2555 Westside Parkway<br>Suite 600<br>Alpharetta, GA 30004-4191 |
| Scott B. Riddle<br>3340 Peachtree Road, NE<br>Suite 1800<br>Atlanta, GA 30326-1064 | Scott B. Riddle<br>Law Office of Scott B. Riddle, LLC<br>Suite 1800<br>3340 Peachtree Road, NE<br>Atlanta, GA 30326-1064 | Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 |
| Select Portfolio Servicing<br>P.O Box 65250<br>Salt Lake City, UT 84165-0250 | Standard Insurance Co.<br>1100 SW Sixth Avenue, P9A<br>Portland, OR 97204-1093 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 |
| U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 | United States Trustee<br>362 Richard Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department of Revenue          Internal Revenue Service
PO Box 105296                          Centralized Insolvency Oper
Atlanta, GA 30348                      PO Box 21126
                                       Philadelphia, PA 19114-0326
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Select Portfolio Servicing, Inc. as servic       End of Label Matrix
                                                    Mailable recipients    25
                                                    Bypassed recipients     1
                                                    Total                  26
```